**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-7302**

———————

In Re: MARCUS DUKE SHELTON,

Petitioner.

———————

On Petition for Writ of Error Coram Nobis.

———————

Submitted:  November 9, 2000      Decided:  November 15, 2000

———————

Before WILKINS, WILLIAMS, and MOTZ, Circuit Judges.

———————

Petition denied by unpublished per curiam opinion.

———————

Marcus Duke Shelton, Petitioner Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Marcus Duke Shelton petitions this court for a writ of error coram nobis, 28 U.S.C. § 1651(a) (1994), to invalidate his 1998 Virginia conviction for assault. This court has no jurisdiction under § 1651(a) to alter the judgment of a Virginia trial court. See Lowery v. McCaughtry, 954 F.2d 422, 423 (7th Cir. 1992); Sinclair v. Louisiana, 679 F.2d 513, 514-15 (5th Cir. 1982). To the extent that Shelton seeks review of the Virginia trial court's denial of his state petition, we do not have jurisdiction to review that court's decision. See 28 U.S.C. §§ 1291-1296 (1994). Accordingly, we deny Shelton's petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED